UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BASRAH CUSTOM DESIGN, INC.,

    Appellant,

Case No. 19-cv-11985
Hon. Matthew F. Leitman

v.

DANIEL M. McDEROTT, UNITED STATES
TRUSTEE and MJCC 8 MILE, LLC,

    Appellees.
_____/

## ORDER DIRECTING THE PARTIES TO FILE SUPPLEMENTAL BRIEFS

In this appeal, Debtor-Appellant Basrah Custom Design, Inc. appeals several orders of the bankruptcy court, including an order dismissing Basrah's bankruptcy action. (*See* Notice of Appeal, ECF No. 1.) Those orders rest in large part on factual findings and conclusions of law made by a state trial court in related state-court litigation. Basrah appealed that state court ruling, and, on February 24, 2020, this Court stayed this action pending the Michigan Court of Appeals' resolution of Basrah's appeal. (*See* Order, ECF No. 15.)

On April 28, 2022, the Michigan Court of Appeals issued a ruling resolving Basrah's appeal, and that decision has been docketed in this action. (*See* ECF No. 16-1.) The Court now **DIRECTS** the parties to file supplemental briefs with the

1

Court that address how, if it all, the Michigan Court of Appeals' ruling impacts this action. The parties shall file their supplemental briefs by no later than **June 3, 2022**.

**IT IS SO ORDERED**.

Dated: May 3, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 3, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126