UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BASRAH CUSTOM DESIGN, INC.,

    Appellant,

Case No. 19-cv-11985
Hon. Matthew F. Leitman

v.

DANIEL M. McDEROTT, UNITED STATES TRUSTEE and MJCC 8 MILE, LLC,

    Appellees.

_____/

### ORDER DISMISSING APPEAL

In this appeal, Debtor Basrah Custom Design ("Basrah") appeals several orders entered by the United States Bankruptcy Court for the Eastern District of Michigan. The Court initially held a hearing on Basrah's appeal on February 19, 2020, and the Court held a second hearing on the appeal on March 27, 2023. At the conclusion of the second hearing, the Court discussed the possibility of settlement with counsel. The Court suggested that the appeal might sensibly be settled for a certain dollar amount to be paid by MJCC 8 Mile, LLC, to Basrah. The Court asked counsel to check with the parties and to report back to the Court whether the parties were willing to settle at the proposed number. The Court informed counsel that the Court would dismiss the appeal if counsel reported that the parties had reached an agreement. On March 28, 2023, counsel for Basrah emailed the Court and reported

1

that the parties have agreed to settle this case for the amount discussed on the record at the March 23rd hearing. Given the parties' settlement agreement, this appeal is **DISMISSED**.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman  
                                          MATTHEW F. LEITMAN  
                                          UNITED STATES DISTRICT JUDGE

Dated: March 29, 2023

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 29, 2023, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan  
                                          Case Manager  
                                          (313) 234-5126